FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00271-CR
### NO. 02-14-00272-CR
### NO. 02-14-00273-CR

GEMMA PEREZ												APPELLANT

V.

THE STATE OF TEXAS											STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1352364D, 1352837D, 1352838D

------------

## ORDER

------------

M. Shawn Matlock, appointed counsel for appellant, filed an *Anders* brief on August 29, 2014. On August 29, 2014, and again on September 22, 2014, the court advised counsel to comply with *Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014), by sending a letter to his client informing her that if she wishes to exercise her right to review the appellate record in preparing to file a response to the *Anders* brief, she should immediately file a motion for pro se

access to the appellate record, and we instructed counsel to include a form motion with his letter to his client. No response has been filed.

Accordingly, it is **ORDERED** that counsel file a **copy** of the letter that he has sent to appellant to inform her that if she wishes to exercise her right to review the appellate record, she should immediately file a motion for pro se access to the appellate record. Counsel is further ordered to attach a **copy** of the form motion that he sent to appellant. The **copy** of the letter and the **copy** of the accompanying motion are due in this court by **Monday, October 20, 2014**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, and the trial court judge.

DATED October 13, 2014.

PER CURIAM